THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
  v. WILLIAM H. K. CORNELIUS, Appellant.

*People* v. *Cornelius*, 157 App. Div. 884, affirmed.
(Submitted June 9, 1914; decided July 14, 1914.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
May 7, 1913, which affirmed a judgment rendered at an
extraordinary Trial Term for the county of Albany upon a
verdict convicting the defendant of the crime of embracery.

*S. J. Daring, George M. Palmer* and *John H. Dugan*
for appellant.

*Harold D. Alexander, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-
COCK, COLLIN, HOGAN, MILLER and CARDOZO, JJ.